No. 92–172. COLORADO v. JONES. Sup. Ct. Colo. Motion of Attorney General of Colorado et al. for leave to file a brief as *amici curiae* granted. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 92–254. BRIGHT v. RUTGERS, STATE UNIVERSITY OF NEW JERSEY, ET AL. C. A. 3d Cir. Motion of petitioner for leave to file subsequent pleadings on letter size paper and other relief denied. Certiorari denied.

No. 92–304. NEW YORK STATE SCHOOL BOARDS ASSN. v. SOBOL, COMMISSIONER OF EDUCATION, ET AL. Ct. App. N. Y. Motion of National School Boards Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 92–5024. JACOBS v. SUPREME COURT OF MISSOURI. Sup. Ct. Mo. Motion of petitioner to expedite consideration of petition for writ of certiorari denied. Certiorari denied.

No. 92–5040. CASTRO v. NEW YORK CITY BOARD OF EDUCATION ET AL. C. A. 1st Cir. Certiorari before judgment denied.

No. 92–5385 (A–139). KING v. UNITED STATES. C. A. 6th Cir. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied. Certiorari denied.

No. 92–5718. DAVID v. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. Sup. Ct. N. Y., County of New York. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.